UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY BENOIT | CIVIL ACTION |
| VERSUS | NO. 08-4763 |
| HARCO NATIONAL INSURANCE CO. ET AL. | SECTION "I" (2) |

### ORDER

As ordered by Judge Africk, Record Doc. No. 15, a **Settlement Conference** is set in this case on **NOVEMBER 5, 2009 at 3:00 p.m.** before me.

New Orleans, Louisiana, this ___10th___ day of July, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. LANCE M. AFRICK**